UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| In Re : <br> : <br> ERLE W. PATTERSON, JR. : <br> : <br> Debtor. : <br> : <br> ALLY FINANCIAL : <br> : <br> Movant, : <br> : <br> vs. : <br> : <br> ERLE W. PATTERSON, JR. : <br> and HALEIGH PATTERSON, Co-Debtor, : <br> and RONDA J. WINNECOUR, Trustee, : <br> : <br> Respondents. : | No. 16-21651-GLT <br><br> Chapter 13 <br><br> Hearing date and time: 7/20/16 at 9:00 a.m. <br><br> Response due: 7/8/16 |

## CERTIFICATE OF SERVICE

I, Brett A. Solomon, Esquire, of Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, Pennsylvania 15222

**CERTIFY:**

**That I am at least 18 years of age:**

**That on the    13th   day of    July   ,  2016   , I served a copy of the within Default Order on Motion for Relief from Automatic Stay and for Co-Debtor Relief filed in this proceeding on the Respondent(s) in this proceeding, by (describe mode of service):**

first class, postage prepaid, U.S. Mail

**at the following address(es):**

Erle W. Patterson, Jr.
1022 Beechnut Street
Tarentum, PA 15084

Haleigh Paterson
1022 Beechnut Street
Tarentum, PA 15084

Russell A. Burdelski, Esq.
1020 Perry Highway
Pittsburgh PA 15237-2109

Ronda J. Winnecour, Esquire
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219

**I certify under penalty of perjury that the foregoing is true and correct.**

Executed on July 13, 2016                    /s/ *Brett A. Solomon*
                                              Signature

BANK_FIN:539628-1