UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE*: | : | CHAPTER 13 |
| | : | |
| EARLE W. PATTERSON, JR. | : | CASE NO. 16-21651-GLT |
| Debtor | : | |
| | | |
| Manufacturers & Traders Trust Company | : | |
| Movant | : | |
| v. | : | |
| | : | |
| Earle W. Patterson, Jr. | : | |
| Respondent | : | |

## ORDER

AND NOW, the _____ day of _____, 2016, upon consideration of the

Objection of Manufacturers & Traders Trust Company to confirmation of the Chapter 13 Plan,

and, after notice and hearing, it is

ORDERED that the objection is sustained and confirmation of the Debtors' Chapter 13

Plan is hereby denied.

BY THE COURT:

_____

Gregory L. Taddonio, B.J.


Suggested Distribution:

Erle W. Patterson, Jr.
1022 Beechnut Street
Tarentum, PA 15084
Debtor

Russell A. Burdelski, Esquire
The Law Offices of Russell A. Burdelski
1020 Perry Highway
Pittsburgh, PA 15237-2109
Attorney for Debtor

Rhonda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Chapter 13 Trustee

Douglas J. Smillie
Fitzpatrick Lentz & Bubba, P.C.
P. O. Box 219
Center Valley, PA 18034-0219