FILED
9/29/16 8:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Erle Patterson ) | |
| Debtor(s) ) | Case No: 16-21651-GLT |
| ) | |
| ) | Related to Dkt. No. 40 |
| ) | |
| _____ ) | |
| Ronda J. Winnecour, Trustee and ) | Chapter 13 |
| Erle Patterson ) | Motion No.: __WO-1 |
| Debtor(s)/Movants ) | Motion No.: __WO-2 |
| vs. ) | |
| Zoological Society of Pittsburgh ) | |
| Employer/Respondents. ) | |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above-named debtor (s) having filed a Chapter 13 petition and debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 plan
IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the debtor receives income:

Zoological Society of Pittsburgh
Attn: Payroll
One Hill Road
Pittsburgh, PA 15206

shall deduct from said income the sum of $429.32    per pay (*and the debtor is paid (bi-weekly*) beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D. PA
POB 84051
Chicago, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.
IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.
IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE
IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

GREGORY L. ADDONIO    cgt
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Erle W. Patterson, Jr.  
     Debtor

Case No. 16-21651-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Sep 29, 2016  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2016.  
db           +Erle W. Patterson, Jr.,    1022 Beechnut Street,    Tarentum, PA 15084-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2016 at the address(es) listed below:

        Andrew F Gornall     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...  
         agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Brett A. Solomon     on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,  
         dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com  
        Douglas Smillie     on behalf of Creditor    M&T Bank dsmillie@flblaw.com,   ccharlton@flblaw.com  
        Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
        Russell A. Burdelski     on behalf of Debtor Erle W. Patterson, Jr. atyrusb@choiceonemail.com  
        S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,  
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                                           TOTAL: 7