# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Erle W. Patterson, Jr.<br>　　　　　　　　　Debtor<br><br>PNC BANK, NATIONAL ASSOCIATION<br>　　　　　　　　　Movant<br>　　vs.<br><br>Erle W. Patterson, Jr.<br>　　　　　　　　　Debtor<br><br>Ronda J. Winnecour<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 16-21651 GLT<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion for Relief of PNC BANK, NATIONAL ASSOCIATION, which was filed with the Court on or about **September 29, 2016, docket entry 43**.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**/s/ Joshua I. Goldman, Esquire**
　　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　　　jgoldman@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 205047
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　Phone: 215-825-6306, Fax: 215-825-6406
　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

November 1, 2016