**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Erle W. Patterson Jr.<br>　　　　　　　　　Debtor | BK. NO. 16-21651 GLT |
| PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　v.<br>Erle W. Patterson Jr.<br>　　　　　　　　　Respondent<br>　　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　　Additional Respondent | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

　　　I, the undersigned, certify that I served or caused to be served, on <u>November 1, 2016</u>, a copy of the praecipe to withdraw filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Russell A. Burdelski Esq.
1020 Perry Highway (VIA ECF)
Pittsburgh, PA 15237
atyrusb@choiceonemail.com

Erle W. Patterson Jr.
1022 Beechnut Street
Tarentum, PA 15084

Method of Service:　　　Mail <u>first class</u>; Specify if other:

Date: <u>November 1, 2016</u>

　　　　　　　　　　　　　　　　　　　　　**/s/ Joshua I. Goldman, Esquire＿＿**
　　　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　　　　jgoldman@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 205047
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　Phone: 215-825-6306, Fax: 215-825-6406
　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant