FILED
11/2/16 9:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Erle W. Patterson, Jr.<br>            Debtor<br><br>PNC BANK, NATIONAL ASSOCIATION<br>            Movant<br>    vs.<br><br>Erle W. Patterson, Jr.<br>            Debtor<br><br>Ronda J. Winnecour<br>            Trustee | CHAPTER 13<br><br><br><br><br>NO. 16-21651 GLT<br><br>Related to Dkt. No. 43<br>Hearing:  November 2, 2016 at 10:00 a.m.<br><br>11 U.S.C. Section 362 |

### AMENDED PRAECIPE TO WITHDRAW WITH CONCURRENCE

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief of PNC BANK, NATIONAL ASSOCIATION, which was filed with the Court on or about **September 29, 2016, docket entry 43**.  I have reached out to counsel for Debtor who has no opposition with the withdrawal of this pleading.

                                                            Respectfully submitted,


                                    /s/ **Joshua I. Goldman, Esquire**
                                    Joshua I. Goldman, Esquire
                                    jgoldman@kmllawgroup.com
                                    Attorney I.D. No. 205047
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106
                                    Phone: 215-825-6306, Fax: 215-825-6406
                                    Attorney for Movant/Applicant

November 1, 2016

SO ORDERED
November 02, 2016

_____
GREGORY L. TADDONIO  cgt
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Erle W. Patterson, Jr.  
     Debtor

Case No. 16-21651-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Nov 02, 2016  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2016.  
db         +Erle W. Patterson, Jr.,    1022 Beechnut Street,    Tarentum, PA 15084-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2016 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...  
          agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,  
          dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com  
         Douglas Smillie    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,   ccharlton@flblaw.com  
         Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Russell A. Burdelski    on behalf of Debtor Erle W. Patterson, Jr. atyrusb@choiceonemail.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,  
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                  TOTAL: 8