UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **ERLE PATTERSON** | ) | Case No. 16-21651-GLT |
| | ) | Chapter 13 |
| Debtor, | ) | Filed Under Local Rule |
| | ) | 9013.4 6(b) |
| Russell A. Burdelski, Esquire | ) | RAB-5 |
| Applicant | ) | Hearing Date _12/21/16@_10:00 am |
| | ) | |
| | ) | Response Due 11/28/16 |
| No Respondent | ) | |

**CERTIFICATE OF NO OBJECTION
ON THE APPLICATION OF RUSSELL A. BURDELSKI, ESQUIRE FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE
DEBTOR**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on _11/11/16___ has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than ___11/28/16____.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

BURDELSKI LAW OFFICES

DATE__11/29/16                __/s/Russell A. Burdelski, Esquire_____
R. Burdelski, Esquire
PA ID #72688
BURDELSKI LAW OFFICES
1020 Perry Highway
Pittsburgh, PA 15237
(412)366 – 1511
atyrusb@choiceone.com