FILED
1/8/18 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **ERLE PATTERSON** | ) | Case No. 16-21651-GLT |
| | ) | Chapter 13 |
| Debtor, | ) | Filed Under Local Rule |
| | ) | 9013.4 6(b) |
| Russell A. Burdelski, Esquire | ) | RAB-5 |
| Applicant | ) | Hearing Date _1/17/18@_10:00 am |
| | ) | |
| | ) | Response Due 12/26/17 |
| No Respondent | ) | Related to Dkt. No. 82 |

## MODIFIED DEFAULT ORDER

AND NOW, to wit, this    8th        day of        January,            2018,

the **APPLICATION OF RUSSELL A. BURDELSKI, ESQUIRE FOR INTERIM**

**COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE**

**DEBTOR** is approved in the amount of $_1,248.70____, which represents $1,225.00_ in

attorney's fees and $_24.20_ in costs for the time period of ___3/23/16__ to ____11/11/16_____.

Debtor's counsel has already been approved to be paid $5,248.71 to date (*i.e. $1,000.00 retainer*

*and $3,000.00 through the plan and by Order dated 12/20/16 fees of $1,200.00 and costs of*

*$48.71*), and the balance of $1,248.70 remains and shall be paid by the Chapter 13 Trustee to the

extent provided for in the confirmed Chapter 13 plan. Thus, the grand total of all fees and costs

approved thus far as follows: $1,000.00 retainer + $3,000.00 thru plan + $1,248.71 + $1,248.70=

$6,497.41.

The Clerk shall record the award of additional compensation for services rendered
between October 25, 2017 through December 9, 2017, in the amount of **$1,225.00** and
expenses in the amount of **$24.20**.  The total award of compensation for services to date, is
**$6,425.00** and expenses in the amount of **$72.91** for a grand total in the amount of **$6,497.91.**

Prepared by:  Russell A. Burdelski, Esq.

**DEFAULT ENTRY**

Dated: __January 08, 2018___

Gregory L. Taddonio                    cgt
United States Bankruptcy Judge

Additional fees may be paid through the Chapter 13 plan
provided that debtor(s) amend the plan within 10 days
after the application for fees is allowed to increase the
plan payment sufficiently to include those fees. The fees
must be paid from debtor(s) resources without decreasing
the percentage or amount to be paid to other creditors
through the plan.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 16-21651-GLT
Erle W. Patterson, Jr.                                                                    Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: bsil                  Page 1 of 1              Date Rcvd: Jan 08, 2018
                                  Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2018.
db              +Erle W. Patterson, Jr.,    1022 Beechnut Street,    Tarentum, PA 15084-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          Douglas  Smillie    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,   ccharlton@flblaw.com
          James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Russell A. Burdelski    on behalf of Debtor Erle W. Patterson, Jr. atyrusb@choiceonemail.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                      TOTAL: 9