# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

| | |
|---|---|
| **Debtor:** | ERLE W. PATTERSON |
| **Case Number:** | 16-21651-GLT   **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, APRIL 11, 2019 09:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
4/12/19 3:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Matter:

#101 - Trustee's Certificate of Default to Dismiss
#106 - Response filed by Debtor
R / M #:   101 / 0

## Appearances:

Debtor: *Brdelsky* (handwritten)
Trustee: Winnecour / Pail / Katz / **DeSimone** (circled)
Creditor:

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

T COD Doc# 101 resolved by order

4/9/2019   9:24:58AM