UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/12/19 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:
ERLE W. PATTERSON, JR.

Debtor(s)
Ronda J. Winnecour, Trustee
  Movant
  vs.
ERLE W. PATTERSON, JR.

Respondent(s)

Case No. 16-21651GLT
Chapter 13

Related to Document No. 101

## ORDER

AND NOW, this **11th** day of **April**, 20**19**, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is ***ORDERED, ADJUDGED and DECREED:***

☐   This case is ***DISMISSED***, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐   This case is ***DISMISSED***, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is ***FURTHER ORDERED*** as follows:

A.  Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.  This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C. The Clerk shall give notice to all creditors of this dismissal.

D. Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1) the time deadline provided by state law; or

(2) 30 days after the date of this notice.

☐ This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $_____ effective_____ .

☒ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☐ Other: _____
_____
_____
_____
_____

BY THE COURT:

Dated : __4/11/2019__    _____
United States Bankruptcy Judge

Page 2 of 2

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                                  Case No. 16-21651-GLT
Erle W. Patterson, Jr.                                                  Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                Page 1 of 2              Date Rcvd: Apr 12, 2019
                              Form ID: pdf900           Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2019.
db             +Erle W. Patterson, Jr.,    1022 Beechnut Street,    Tarentum, PA 15084-2102
cr             +PNC BANK, NATIONAL ASSOCIATION,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14233633       +ALLEGHENY COUNTY,    C/O JOHN WEINSTEIN,    436 GRANT STREET,    ROOM 108, COURTHOUSE,
                 Pittsburgh, PA 15219-2497
14233634        ALLEGHENY VALLEY HOSPITAL,    PO BOX 3475,   Toledo, OH 43607-0475
14233635        ALLY FINANCIAL,    PO BOX 9080901,    Minneapolis, MN 55438
14233636        AMERICAN EXPRESS,    PO BOX 1270,    Newark, NJ 07101-1270
14272434        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14233637        COMCAST,    PO BOX 719,   Toledo, OH 43697-0719
14233638       +DEER CREEK DRAINAGE BASIN,    945 LITTLE DEER CREEK ROAD,    Russellton, PA 15076-1331
14233639        FAWN-FRAZER WATER,    326 DONNELLVILLE ROAD,    Natrona Heights, PA 15065-3015
14233640       +HALEIGH PATTERSON,    1022 BEECHNUT STREET,    Tarentum, PA 15084-2102
14233641       +JAMES J. GRAHAM, DMD.,    733 LITTLE DEER CREEK ROAD,    Russellton, PA 15076-1312
14271110       +M&T Bank,    PO Box 1508,   Buffalo, New York 14240-1508
14233643       +MORROW REFUSE,    4985 BAKERSTOWN/CULMERVILLE ROAD,    Tarentum, PA 15084-2201
14233644        PERMANENT GENERAL ASSURANCE,    PO BOX 305054,    CORP. OF OHIO,    Nashville, TN 37230-5054
14223220       +PNC,   2730 LIBERTY AVE.,    Pittsburgh, PA 15222-4747
14223219       +PNC,   C/O JOSEPH GOLDBECK, ESQ,    STE 5000, MELLON INDEP. CTR,    701 MARKET ST,
                 Philadelphia, PA 19106-1538
14295360       +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14233647        PNC MORTGAGE,    PO BOX 1820,    Dayton, OH 45401-1820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: camanagement@mtb.com Apr 13 2019 02:29:57      M&T Bank,    PO Box 840,
                 Buffalo, NY  14240
14232474        E-mail/Text: ally@ebn.phinsolutions.com Apr 13 2019 02:29:51      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14233642        E-mail/Text: camanagement@mtb.com Apr 13 2019 02:29:57      M&T BANK,    1877 MAIN STREET,
                 Buffalo, NY 14208
14233648        E-mail/Text: bankruptcy@firstenergycorp.com Apr 13 2019 02:30:20       WEST PENN POWER,
                 PO BOX 3687,    Akron, OH 44309-3687
14284753       +E-mail/Text: bankruptcy@firstenergycorp.com Apr 13 2019 02:30:20       West Penn Power,
                 5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ally Financial
cr              PNC BANK, NATIONAL ASSOCIATION et al...
14233645*      +PNC,   C/O JOSEPH GOLDBECK, ESQ,    STE 5000, MELLON INDEP. CTR,    701 MARKET ST,
                 Philadelphia, PA 19106-1538
14233646*      +PNC,   2730 LIBERTY AVE.,    Pittsburgh, PA 15222-4747
                                                                                   TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2              User: jhel                Page 2 of 2                  Date Rcvd: Apr 12, 2019
                                  Form ID: pdf900           Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2019 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
         andygornall@latouflawfirm.com
        Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
         agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
        Douglas Smillie    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,    ccharlton@flblaw.com
        James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Russell A. Burdelski    on behalf of Debtor Erle W. Patterson, Jr. atyrusb@choiceonemail.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                    TOTAL: 9