Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Erle W. Patterson Jr.**
    Debtor(s)

Bankruptcy Case No.: 16–21651–GLT
Related to Docket No. 114
Chapter: 13
Docket No.: 115 – 114
Concil. Conf.: April 16, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **March 23, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **April 7, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **April 16, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 7, 2020

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-21651-GLT
Erle W. Patterson, Jr.                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: jhel              Page 1 of 2              Date Rcvd: Feb 07, 2020
                             Form ID: 213            Total Noticed: 26

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2020.
db             +Erle W. Patterson, Jr.,    1022 Beechnut Street,    Tarentum, PA 15084-2102
cr             +PNC BANK, NATIONAL ASSOCIATION,     3232 Newmark Drive,    Miamisburg, OH 45342-5421
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14233633       +ALLEGHENY COUNTY,    C/O JOHN WEINSTEIN,    436 GRANT STREET,    ROOM 108, COURTHOUSE,
                 Pittsburgh, PA 15219-2497
14233634        ALLEGHENY VALLEY HOSPITAL,    PO BOX 3475,    Toledo, OH 43607-0475
14233635        ALLY FINANCIAL,    PO BOX 9080901,    Minneapolis, MN 55438
14233636        AMERICAN EXPRESS,    PO BOX 1270,    Newark, NJ 07101-1270
14272434        American Express Centurion Bank,     c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14233638       +DEER CREEK DRAINAGE BASIN,    945 LITTLE DEER CREEK ROAD,    Russellton, PA 15076-1331
14233639        FAWN-FRAZER WATER,    326 DONNELLVILLE ROAD,    Natrona Heights, PA 15065-3015
14233640       +HALEIGH PATTERSON,    1022 BEECHNUT STREET,    Tarentum, PA 15084-2102
14233641       +JAMES J. GRAHAM, DMD.,     733 LITTLE DEER CREEK ROAD,    Russellton, PA 15076-1312
14271110       +M&T Bank,    PO Box 1508,    Buffalo, New York 14240-1508
14233643       +MORROW REFUSE,    4985 BAKERSTOWN/CULMERVILLE ROAD,    Tarentum, PA 15084-2201
15159347        NewRez LLC d/b/a Shellpoint Mortgage Servicing,     P.O. Box 10826,    Greenville, SC  29603-0826
14233644        PERMANENT GENERAL ASSURANCE,    PO BOX 305054,    CORP. OF OHIO,    Nashville, TN 37230-5054
14223220       +PNC,    2730 LIBERTY AVE.,    Pittsburgh, PA 15222-4747
14223219       +PNC,    C/O JOSEPH GOLDBECK, ESQ,    STE 5000, MELLON INDEP. CTR,    701 MARKET ST,
                 Philadelphia, PA 19106-1538
14295360       +PNC Bank, National Association,     Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14233647        PNC MORTGAGE,    PO BOX 1820,    Dayton, OH 45401-1820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: camanagement@mtb.com Feb 08 2020 02:48:49     M&T Bank,    PO Box 840,
                 Buffalo, NY  14240
14232474        E-mail/Text: ally@ebn.phinsolutions.com Feb 08 2020 02:48:35     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14233637        E-mail/Text: documentfiling@lciinc.com Feb 08 2020 02:48:31     COMCAST,    PO BOX 719,
                 Toledo, OH 43697-0719
14233642        E-mail/Text: camanagement@mtb.com Feb 08 2020 02:48:49     M&T BANK,    1877 MAIN STREET,
                 Buffalo, NY  14208
14233648        E-mail/Text: bankruptcy@firstenergycorp.com Feb 08 2020 02:49:24     WEST PENN POWER,
                 PO BOX 3687,    Akron, OH 44309-3687
14284753       +E-mail/Text: bankruptcy@firstenergycorp.com Feb 08 2020 02:49:25     West Penn Power,
                 5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                                               TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ally Financial
cr              PNC BANK, NATIONAL ASSOCIATION et al...
cr*             NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC  29603-0826
14233645*      +PNC,    C/O JOSEPH GOLDBECK, ESQ,    STE 5000, MELLON INDEP. CTR,    701 MARKET ST,
                 Philadelphia, PA 19106-1538
14233646*      +PNC,    2730 LIBERTY AVE.,    Pittsburgh, PA 15222-4747
                                                                                    TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: jhel                 Page 2 of 2           Date Rcvd: Feb 07, 2020
                               Form ID: 213               Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
           andygornall@latouflawfirm.com
          Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com
          Douglas  Smillie    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,  ccharlton@flblaw.com
          James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Russell A. Burdelski    on behalf of Debtor Erle W. Patterson, Jr. atyrusb@choiceonemail.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 9
```