Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Erle W. Patterson Jr.**
  Debtor(s)

Bankruptcy Case No.: 16−21651−GLT
Issued Per June 18, 2020 Proceeding
Chapter: 13
Docket No.: 125 − 114, 119
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)  PLAN CONFIRMATION:*

  IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated March 13, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☑ A.  For the remainder of the Plan term, the periodic Plan payment is amended to be $1,978 as of July 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B.  The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☐ C.  Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☐ D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☐ E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F.  shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☑ G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: NewRez, LLC (Claim No. 5) with payment changes implemented .

- ☑ H.  Additional Terms: The Trustee's Certificate of Default to Dismiss [Dkt. No. 114] is Withdrawn by this confirmation order.
  Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

*[signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: June 23, 2020

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 16-21651-GLT
Erle W. Patterson, Jr.                                              Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: jhel              Page 1 of 2              Date Rcvd: Jun 23, 2020
                              Form ID: 149            Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2020.
```
db             +Erle W. Patterson, Jr.,    1022 Beechnut Street,     Tarentum, PA 15084-2102
cr             +PNC BANK, NATIONAL ASSOCIATION,    3232 Newmark Drive,     Miamisburg, OH 45342-5421
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                Pittsburgh, PA 15212-5860
14233633       +ALLEGHENY COUNTY,    C/O JOHN WEINSTEIN,    436 GRANT STREET,    ROOM 108, COURTHOUSE,
                Pittsburgh, PA 15219-2497
14233634        ALLEGHENY VALLEY HOSPITAL,    PO BOX 3475,    Toledo, OH 43607-0475
14233635        ALLY FINANCIAL,    PO BOX 9080901,    Minneapolis, MN 55438
14233636        AMERICAN EXPRESS,    PO BOX 1270,    Newark, NJ 07101-1270
14272434        American Express Centurion Bank,     c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
14233638       +DEER CREEK DRAINAGE BASIN,    945 LITTLE DEER CREEK ROAD,     Russellton, PA 15076-1331
14233639        FAWN-FRAZER WATER,    326 DONNELLVILLE ROAD,    Natrona Heights, PA 15065-3015
14233640       +HALEIGH PATTERSON,    1022 BEECHNUT STREET,    Tarentum, PA 15084-2102
14233641       +JAMES J. GRAHAM, DMD.,    733 LITTLE DEER CREEK ROAD,    Russellton, PA 15076-1312
14271110       +M&T Bank,    PO Box 1508,   Buffalo, New York 14240-1508
14233643       +MORROW REFUSE,    4985 BAKERSTOWN/CULMERVILLE ROAD,    Tarentum, PA 15084-2201
15159347        NewRez LLC d/b/a Shellpoint Mortgage Servicing,     P.O. Box 10826,    Greenville, SC  29603-0826
14233644        PERMANENT GENERAL ASSURANCE,     PO BOX 305054,    CORP. OF OHIO,    Nashville, TN 37230-5054
14223220       +PNC,    2730 LIBERTY AVE.,    Pittsburgh, PA 15222-4747
14223219       +PNC,    C/O JOSEPH GOLDBECK, ESQ,    STE 5000, MELLON INDEP. CTR,    701 MARKET ST,
                Philadelphia, PA 19106-1538
14295360       +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                Miamisburg, OH 45342-5421
14233647        PNC MORTGAGE,    PO BOX 1820,    Dayton, OH 45401-1820
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: camanagement@mtb.com Jun 24 2020 04:32:29      M&T Bank,    PO Box 840,
                Buffalo, NY  14240
14232474        E-mail/Text: ally@ebn.phinsolutions.com Jun 24 2020 04:32:04      Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
14233637        E-mail/Text: documentfiling@lciinc.com Jun 24 2020 04:31:59      COMCAST,    PO BOX 719,
                Toledo, OH 43697-0719
14233642        E-mail/Text: camanagement@mtb.com Jun 24 2020 04:32:29      M&T BANK,    1877 MAIN STREET,
                Buffalo, NY 14208
14233648        E-mail/Text: bankruptcy@firstenergycorp.com Jun 24 2020 04:33:23      WEST PENN POWER,
                PO BOX 3687,    Akron, OH 44309-3687
14284753       +E-mail/Text: bankruptcy@firstenergycorp.com Jun 24 2020 04:33:23      West Penn Power,
                5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                                              TOTAL: 6
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ally Financial
cr              PNC BANK, NATIONAL ASSOCIATION et al...
cr*             NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC  29603-0826
14233645*      +PNC,   C/O JOSEPH GOLDBECK, ESQ,    STE 5000, MELLON INDEP. CTR,    701 MARKET ST,
                Philadelphia, PA 19106-1538
14233646*      +PNC,   2730 LIBERTY AVE.,    Pittsburgh, PA 15222-4747
                                                                                   TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Jun 23, 2020
                              Form ID: 149            Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
           andygornall@latouflawfirm.com
          Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com
          Douglas  Smillie    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,  ccharlton@flblaw.com
          James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           jgoldman@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Russell A. Burdelski    on behalf of Debtor Erle W. Patterson, Jr. atyrusb@choiceonemail.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 9
```