**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Erle W. Patterson Jr.**
   Debtor(s)

Bankruptcy Case No.: 16−21651−GLT
Related to Docket No. 132
Chapter: 13
Docket No.: 133 − 132
Concil. Conf.: November 5, 2020 at 11:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____      _____
                 (Date)                                                (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21651-GLT |
| Erle W. Patterson, Jr. | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 2 |
| Date Rcvd: Sep 30, 2020 | Form ID: 151 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erle W. Patterson, Jr., 1022 Beechnut Street, Tarentum, PA 15084-2102 |
| cr | + | PNC BANK, NATIONAL ASSOCIATION, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14233633 | + | ALLEGHENY COUNTY, C/O JOHN WEINSTEIN, 436 GRANT STREET, ROOM 108, COURTHOUSE, Pittsburgh, PA 15219-2497 |
| 14233634 | | ALLEGHENY VALLEY HOSPITAL, PO BOX 3475, Toledo, OH 43607-0475 |
| 14233635 | | ALLY FINANCIAL, PO BOX 9080901, Minneapolis, MN 55438 |
| 14233636 | | AMERICAN EXPRESS, PO BOX 1270, Newark, NJ 07101-1270 |
| 14272434 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14233638 | + | DEER CREEK DRAINAGE BASIN, 945 LITTLE DEER CREEK ROAD, Russellton, PA 15076-1331 |
| 14233639 | | FAWN-FRAZER WATER, 326 DONNELLVILLE ROAD, Natrona Heights, PA 15065-3015 |
| 14233640 | + | HALEIGH PATTERSON, 1022 BEECHNUT STREET, Tarentum, PA 15084-2102 |
| 14233641 | + | JAMES J. GRAHAM, DMD., 733 LITTLE DEER CREEK ROAD, Russellton, PA 15076-1312 |
| 14271110 | + | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 14233643 | + | MORROW REFUSE, 4985 BAKERSTOWN/CULMERVILLE ROAD, Tarentum, PA 15084-2201 |
| 15159347 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14233644 | | PERMANENT GENERAL ASSURANCE, PO BOX 305054, CORP. OF OHIO, Nashville, TN 37230-5054 |
| 14223220 | + | PNC, 2730 LIBERTY AVE., Pittsburgh, PA 15222-4747 |
| 14223219 | + | PNC, C/O JOSEPH GOLDBECK, ESQ, STE 5000, MELLON INDEP. CTR, 701 MARKET ST, Philadelphia, PA 19106-1538 |
| 14295360 | + | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14233647 | | PNC MORTGAGE, PO BOX 1820, Dayton, OH 45401-1820 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: camanagement@mtb.com | Oct 01 2020 03:15:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 14232474 | | Email/Text: ally@ebn.phinsolutions.com | Oct 01 2020 03:15:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14233637 | | Email/Text: documentfiling@lciinc.com | Oct 01 2020 03:15:00 | COMCAST, PO BOX 719, Toledo, OH 43697-0719 |
| 14233642 | | Email/Text: camanagement@mtb.com | Oct 01 2020 03:15:00 | M&T BANK, 1877 MAIN STREET, Buffalo, NY 14208 |
| 14233648 | | Email/Text: bankruptcy@firstenergycorp.com | Oct 01 2020 03:16:00 | WEST PENN POWER, PO BOX 3687, Akron, OH 44309-3687 |
| 14284753 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 01 2020 03:16:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-2 | User: dbas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: 151 | Total Noticed: 26 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Financial |
| cr | | PNC BANK, NATIONAL ASSOCIATION et al... |
| cr | * | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14233646 | *+ | PNC, 2730 LIBERTY AVE., Pittsburgh, PA 15222-4747 |
| 14233645 | *+ | PNC, C/O JOSEPH GOLDBECK, ESQ, STE 5000, MELLON INDEP. CTR, 701 MARKET ST, Philadelphia, PA 19106-1538 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION et al... andygornall@latouflawfirm.com |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Douglas Smillie | on behalf of Creditor M&T Bank dsmillie@flblaw.com  ccharlton@flblaw.com |
| Joshua I. Goldman | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION jgoldman@kmllawgroup.com, kevin.shatley@padgettlawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Debtor Erle W. Patterson  Jr. Russ@BurdelskiLaw.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com |

TOTAL: 9