FILED
12/4/20 9:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
:
: Case No. 16-21651-GLT
**ERLE W. PATTERSON, JR.,**
: Chapter 13
:
Debtor,
: Related to Dkt. No. 138
:

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

**AND NOW**, an oral motion (the "Motion") to dismiss this case having been made by the Chapter 13 Trustee (the "Trustee"), and notice of the Motion having been given and no response or objection having been filed, it is hereby **ORDERED, ADJUDGED AND DECREED that**:

1. The above-captioned case is **DISMISSED without prejudice**. The Debtor(s) remain(s) legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349. Creditors are directed to 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs or 30 days after the date of this Order, whichever is later.

2. Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this Order on such employer and entity.

3. The Court retains jurisdiction over the Trustee's final report and account and the Trustee's certificate of distributed funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further Order of Court.

4. The Clerk of Court shall give notice to all creditors of this dismissal

Dated: December 4 , 2020

_____
GREGORY L. TADDONIO  jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to mail to:
All Creditors and Parties in Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21651-GLT |
| Erle W. Patterson, Jr. | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 3 |
| Date Rcvd: Dec 04, 2020 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erle W. Patterson, Jr., 1022 Beechnut Street, Tarentum, PA 15084-2102 |
| cr | + | PNC BANK, NATIONAL ASSOCIATION, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14233633 | + | ALLEGHENY COUNTY, C/O JOHN WEINSTEIN, 436 GRANT STREET, ROOM 108, COURTHOUSE, Pittsburgh, PA 15219-2497 |
| 14233634 | | ALLEGHENY VALLEY HOSPITAL, PO BOX 3475, Toledo, OH 43607-0475 |
| 14233635 | | ALLY FINANCIAL, PO BOX 9080901, Minneapolis, MN 55438 |
| 14233636 | | AMERICAN EXPRESS, PO BOX 1270, Newark, NJ 07101-1270 |
| 14272434 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14233638 | + | DEER CREEK DRAINAGE BASIN, 945 LITTLE DEER CREEK ROAD, Russellton, PA 15076-1331 |
| 14233639 | | FAWN-FRAZER WATER, 326 DONNELLVILLE ROAD, Natrona Heights, PA 15065-3015 |
| 14233640 | + | HALEIGH PATTERSON, 1022 BEECHNUT STREET, Tarentum, PA 15084-2102 |
| 14233641 | + | JAMES J. GRAHAM, DMD., 733 LITTLE DEER CREEK ROAD, Russellton, PA 15076-1312 |
| 14271110 | + | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 14233643 | + | MORROW REFUSE, 4985 BAKERSTOWN/CULMERVILLE ROAD, Tarentum, PA 15084-2201 |
| 15159347 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14233644 | | PERMANENT GENERAL ASSURANCE, PO BOX 305054, CORP. OF OHIO, Nashville, TN 37230-5054 |
| 14223219 | + | PNC, C/O JOSEPH GOLDBECK, ESQ, STE 5000, MELLON INDEP. CTR, 701 MARKET ST, Philadelphia, PA 19106-1538 |
| 14223220 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC, 2730 LIBERTY AVE., Pittsburgh, PA 15222 |
| 14233647 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC MORTGAGE, PO BOX 1820, Dayton, OH 45401-1820 |
| 14295360 | + | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: camanagement@mtb.com | Dec 05 2020 05:29:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| cr | + | Email/Text: Bankruptcy.Notices@pnc.com | Dec 05 2020 05:29:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14232474 | | Email/Text: ally@ebn.phinsolutions.com | Dec 05 2020 05:29:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14233637 | | Email/Text: documentfiling@lciinc.com | Dec 05 2020 05:29:00 | COMCAST, PO BOX 719, Toledo, OH 43697-0719 |
| 14233642 | | Email/Text: camanagement@mtb.com | Dec 05 2020 05:29:00 | M&T BANK, 1877 MAIN STREET, Buffalo, NY 14208 |
| 14223220 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 05 2020 05:29:00 | PNC, 2730 LIBERTY AVE., Pittsburgh, PA 15222 |
| 14233647 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 05 2020 05:29:00 | PNC MORTGAGE, PO BOX 1820, Dayton, OH 45401-1820 |
| 14295360 | + | Email/Text: Bankruptcy.Notices@pnc.com | Dec 05 2020 05:29:00 | PNC Bank, National Association, Attn: |

| | | | | |
|---|---|---|---|---|
| 14233648 | | Email/Text: bankruptcy@firstenergycorp.com | Dec 05 2020 05:30:00 | Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342-5421<br>WEST PENN POWER, PO BOX 3687, Akron, OH 44309-3687 |
| 14284753 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 05 2020 05:30:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Financial |
| cr | | PNC BANK, NATIONAL ASSOCIATION et al... |
| cr | * | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14233645 | *+ | PNC, C/O JOSEPH GOLDBECK, ESQ, STE 5000, MELLON INDEP. CTR, 701 MARKET ST, Philadelphia, PA 19106-1538 |
| 14233646 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC, 2730 LIBERTY AVE., Pittsburgh, PA 15222 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 06, 2020   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION et al... andygornall@latouflawfirm.com |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Douglas Smillie | on behalf of Creditor M&T Bank dsmillie@flblaw.com  ccharlton@flblaw.com |
| Joshua I. Goldman | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION jgoldman@kmllawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Debtor Erle W. Patterson  Jr. Russ@BurdelskiLaw.com, russ.burdelski@gmail.com |

District/off: 0315-2    User: bsil    Page 3 of 3
Date Rcvd: Dec 04, 2020    Form ID: pdf900    Total Noticed: 26

S. James Wallace
          on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 9