**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ERLE W. PATTERSON, JR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:16-21651 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/30/2016 and confirmed on 07/07/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 40,185.60 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 40,185.60 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 5,497.91 | |
| Trustee Fee | 1,740.11 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,238.02 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORTG/<br>Acct: 4269 | 0.00 | 28,369.60 | 0.00 | 28,369.60 |
| NEW REZ LLC D/B/A SHELLPOINT MORTG/<br>Acct: 4269 | 14,105.84 | 4,314.32 | 0.00 | 4,314.32 |
| COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: 7N17 | 197.24 | 0.00 | 0.00 | 0.00 |
| DEER CREEK DRAINAGE BASIN AUTH<br>Acct: 4084 | 364.23 | 101.60 | 136.45 | 238.05 |
| FAWN-FRAZIER JT WATER AUTHORTY<br>Acct: | 39.00 | 10.87 | 14.74 | 25.61 |
| ALLY FINANCIAL(*)<br>Acct: 9961 | 0.00 | 0.00 | 0.00 | 0.00 |
| M & T BANK<br>Acct: 5126 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 32,947.58 |
| Priority | | | | |
| RUSSELL A BURDELSKI ESQ*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 16-21651 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| ERLE W. PATTERSON, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICES OF RUSSELL A BURDELSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RUSSELL A BURDELSKI ESQ* | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RUSSELL A BURDELSKI ESQ* | 1,248.71 | 1,248.71 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX1-16 | | | | |
| RUSSELL A BURDELSKI ESQ* | 1,249.20 | 1,249.20 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXX9/17 | | | | |
| LAW OFFICES OF RUSSELL A BURDELSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RUSSELL A BURDELSKI ESQ* | 798.20 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX3-20 | | | | |
| RUSSELL A BURDELSKI ESQ* | 1,201.80 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
| ALLEGHENY VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5106 | | | | |
| AMERICAN EXPRESS CENTURION BNK | 693.60 | 0.00 | 0.00 | 0.00 |
| Acct: 4004 | | | | |
| COMCAST*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2145 | | | | |
| JAMES GRAHAM DMD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3573 | | | | |
| MORROW REFUSE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9479 | | | | |
| PERMANENT GENERAL INSURNACE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1458 | | | | |
| WEST PENN POWER* | 605.76 | 0.00 | 0.00 | 0.00 |
| Acct: 3400 | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5126 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC LEASING CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC FORMERLY JOSEPH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |

TOTAL PAID TO CREDITORS                                                                                                      32,947.58

```
TOTAL CLAIMED
 PRIORITY                    0.00
 SECURED                14,706.31
 UNSECURED               1,299.36
```

Date: 12/31/2020                                          /s/ Ronda J. Winnecour
                                                          RONDA J WINNECOUR PA ID #30399
                                                          CHAPTER 13 TRUSTEE WD PA
                                                          600 GRANT STREET
                                                          SUITE 3250 US STEEL TWR
                                                          PITTSBURGH, PA  15219
                                                          (412) 471-5566
                                                          cmecf@chapter13trusteewdpa.com